IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GERALD DUMAGUIT,

        Plaintiff,

v.

JOHN E. POTTER, POSTMASTER GENERAL, U. S. POSTAL SERVICE,

        Defendant.

No. C-06-2042 JSW

**STIPULATION SELECTING ADR PROCESS [ADR L.R. 3-5]**

**ADR CERTIFICATION**

AND ORDER DIRECTING PARTIES TO INITIATE ADR TELEPHONE CONFERENCE

The parties stipulate to participate in the following ADR process:

**Court Processes:**

❏ Arbitration      ❏ ENE      ❏ Mediation      ☒ Settlement Conf.

**The parties request the court to appoint a settlement judge and that the settlement conference be scheduled to occur within the next four months.**

**Private Process:**

❏ Private ADR (*please identify process and provider*)

(*For e-filers, please consult General Order No. 45, Section X regarding signatures.*)

Dated: July 6, 2006      Mary Dryovage /s/
         Attorney for Plaintiff

Dated: July 9, 2006      Andrew Cheng /s/
         Attorney for Defendant

The parties are HEREBY ORDERED to request a telephone conference with the ADR Department regarding their request for a settlement conference.

IT IS SO ORDERED.

Dated: July 17, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

*Dumaguit v. Potter, Postmaster General*, N.D. Cal. No. C-06-2042 JSW
STIPULATION AND ORDER SELECTING ADR PROCESS/ ADR CERTIFICATION      Page 1