MARY DRYOVAGE, (CA SBN 112551)
Law Offices of Mary Dryovage
600 Harrison Street, Suite 120,
San Francisco, CA 94107
Telephone: 415 593-0095
Fax. 415 593-0096
Email: mdryovage@igc.org

Attorney for Plaintiff

SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney
450 Golden Gate Avenue,10th Floor
San Francisco, CA 94102-3495
Telephone: 415 436-6813
Fax: 415 436-6748
Email: andrew.cheng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GERALD DUMAGUIT,<br><br>                Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL<br><br>                Defendant. | No. C-06-2042 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT WITNESS DISCLOSURE DATE AND EXPERT WITNESS DISCOVERY CUT OFF DATE** |

       Subject to the approval of the court, it is hereby stipulated by and between the parties hereto through their respective attorneys of record that the Expert Disclosure Date and Expert Discovery Cutoff Date will be modified for just cause, as follows:

       The Expert Disclosure Date, currently set for May 18, 2007 is extended to June 18, 2007.

       The Expert Discovery Cutoff Date, currently set for May 25, 2007 is extended to July

12, 2007.

Supplemental responses to discovery requests will be exchanged on or before June 18, 2007.

None of the changes in dates will affect the trial, which is set to begin on October 29, 2007 or the Pretrial Conference, which is set for 2:00 pm. October 1, 2007.

RESPECTFULLY SUBMITTED,

FOR THE DEFENDANT:

SCOTT N. SCHOOLS
United States Attorney

Dated: \_\_\_\_\_/s/_____
ANDREW Y.S. CHENG
Assistant United States Attorney

FOR THE PLAINTIFF:

Dated: \_\_\_\_\_/s/_____
MARY DRYOVAGE
Attorney for Plaintiff

The Court, having considered the stipulation of the parties, orders that the last day for expert disclosures is extended to June 18, 2007, that the last day for expert discovery is extended to July 12, 2007, and that the last day for supplementing discovery responses is June 18, 2007.

IT IS SO ORDERED.

DATED:   May 14, 2007

_____
JEFFREY S. WHITE
United States District Judge