1  MARY DRYOVAGE, (CA SBN 112551)
   Law Offices of Mary Dryovage
2        600 Harrison Street, Suite 120,
         San Francisco, CA 94107
3        Telephone: 415 593-0095
         Fax. 415 593-0096
4        Email: mdryovage@igc.org

5  WENDY MUSELL (CA SBN 203507)
   Stewart & Musell
6        600 Harrison Street, Suite 120
         San Francisco, CA 94107
7        Telephone: 415/593-0083
         Fax: 415/520-0920,
8        Email: wmusell@stewartandmusell.com

9  Attorneys for Plaintiff

10 SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
11 JOANN M. SWANSON (CA SBN 88143)
   Chief, Civil Division
12 ANDREW Y.S. CHENG (CA SBN 164613)
   Assistant United States Attorney
13       450 Golden Gate Avenue,10th Floor
         San Francisco, CA 94102-3495
14       Telephone: 415 436-6813
         Fax: 415 436-6748
15       Email: andrew.cheng@usdoj.gov

16 Attorneys for Defendant

17
                    UNITED STATES DISTRICT COURT
18
                  NORTHERN DISTRICT OF CALIFORNIA
19
                     SAN FRANCISCO DIVISION
20

21 GERALD DUMAGUIT,                      No. C-06-2042 JSW

22                     Plaintiff,
                                         **STIPULATION AND [PROPOSED]**
23 v.                                    **ORDER EXTENDING EXPERT**
                                         **WITNESS DISCLOSURE DATE AND**
24 JOHN E. POTTER, POSTMASTER            **EXPERT WITNESS DISCOVERY CUT**
   GENERAL                               **OFF DATE**
25
                       Defendant.
26

27        Subject to the approval of the court, it is hereby stipulated by and between the parties

28 hereto through their respective attorneys of record that the Expert Disclosure Date and Expert

1    Discovery Cutoff Date will be modified for just cause, as follows:

2          The Expert Disclosure Date, currently set for June 18, 2007  is extended to July 18,

3    2007.

4          The Expert Discovery Cutoff Date, currently set for July 12, 2007 is extended to August

5    31, 2007.

6          Supplemental responses to discovery requests will be exchanged on or before July 18,

7    2007.

8          None of the changes in dates will affect the trial, which is set to begin on October 29,

9    2007 or the Pretrial Conference, which is set for 2:00 pm. October 1, 2007.

10

11                                          RESPECTFULLY SUBMITTED,

12   FOR THE DEFENDANT:                      SCOTT N. SCHOOLS
                                             United States Attorney
13

14                                          /s/ Electronic signature authorized

15   Dated: June 13, 2007                    _____
                                             ANDREW Y.S. CHENG
16                                           Assistant United States Attorney

17

18   FOR THE PLAINTIFF:
                                             /s/ Electronic signature authorized
19   Dated: June 13, 2007
                                             _____
20                                           MARY DRYOVAGE
                                             Attorney for Plaintiff

21
                                             /s/ Electronic signature authorized
22   Dated: June 13, 2007
                                             _____
23                                           WENDY MUSELL
                                             Attorney for Plaintiff

24   IT IS SO ORDERED.

25

26   DATED: June 14, 2007                    _____
                                             JEFFREY S. WHITE
27                                           United States District Judge

28

STIPULATION & [Proposed] ORDER RE: EXPERT DISCOVERY
*Dumaguit v. Potter*, No. C-06-02-42 JSW                                    Page 2