MARY DRYOVAGE, (CA SBN 112551)
Law Offices of Mary Dryovage
    600 Harrison Street, Suite 120,
    San Francisco, CA 94107
    Telephone: 415 593-0095
    Fax. 415 593-0096
    Email: mdryovage@igc.org

Attorney for Plaintiff

SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney
    450 Golden Gate Avenue,10th Floor
    San Francisco, CA 94102-3495
    Telephone: 415 436-6813
    Fax: 415 436-6748
    Email: andrew.cheng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GERALD DUMAGUIT,<br><br>                Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL<br><br>                Defendant. | No. C-06-2042 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TRIAL AND PRE-TRIAL DATES BY ONE WEEK** |

Subject to the approval of the court, it is hereby stipulated by and between the parties hereto through their respective attorneys of record that all dates in this case be extended as follows:

The trial date is continued from October 29, 2007 to November 5, 2007.

The pre-trial date is continued from October 1, 2007 to October 8, 2007.

The summary judgment date of August 31, 2007 will remain the same.

1  The factual discovery cut-off is extended to August 17, 2007 to allow the completion of the depositions of Virginia Glover, Randall Sims, and Maria Robinson only.

All pre-trial filings will be filed in accordance with this Court's order using the new pre-trial date.

Continuing the trial by one week will enable the parties to have the benefit of the Court's ruling before filing their pre-trial papers, including motions in limine, which are currently due on the hearing date for the summary judgment.

Moreover, the continuance is needed because counsel for the defendant has been assigned to try a case for the U.S. Attorney's Office for the Central District of California in Los Angeles in September (a case in which the LA office is recused). The trial is anticipated to last until mid-September, 2007, when the current pre-trial papers are due.

RESPECTFULLY SUBMITTED,

FOR THE DEFENDANT:

SCOTT N. SCHOOLS
United States Attorney

Dated: July 26, 2007           _____/s/_____
                                ANDREW Y.S. CHENG
                                Assistant United States Attorney

FOR THE PLAINTIFF:

Dated: July 26, 2007           _____/s/_____
                                MARY DRYOVAGE
                                Attorney for Plaintiff

Dated: July 26, 2007           _____/s/_____
                                WENDY MUSELL
                                Attorney for Plaintiff

The Court, having considered the stipulation of the parties, orders that the trial date be

1 continued from October 29, 2007 to November 5, 2007.  The pre-trial date is continued from
2 October 1, 2007 to ~~October 8, 2007.~~ October 15, 2007  All pre-trial papers will be filed in accordance with the
3 new pre-trial date.
4     The factual discovery cut-off is extended to August 17, 2007 solely for the purpose of
5 completing the depositions of Virginia Glover, Maria Robinson, and Randall Sims.

7     IT IS SO ORDERED.

9 DATED: July 27, 2007
10                                */s/ Jeffrey S. White*
                               JEFFREY S. WHITE
                               United States District Judge