IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GERALD DUMAGUIT,

    Plaintiff,

v.

JOHN E. POTTER,

    Defendant.
    _____/

No. C 06-02042 JSW

**ORDER RE SUPPLEMENTAL LETTER BRIEF RE DISCOVERY DISPUTE**

The Court has received the parties' joint supplemental letter brief dated August 9, 2007.

Having considered the parties' positions, relevant legal authority, and the record in this case, it is HEREBY ORDERED that:

1. The Court GRANTS Plaitniff's request as to the requisite time period, and the relevant time period for Dr. Rappaport's reports shall start from the year 2000 to the present, and Dr. Rappaport also shall produce a list of those employment related cases in which he testified and, if he has this information, or for which his deposition testimony or expert report or both, was made part of the public record from the year 2000 to the present.

2. With respect to the redaction rate, the Court concludes that an appropriate rate is $25.00 per hour, not to exceed $250.00. The Court further concludes that this rate shall be paid by the Defendant, because its position was not substantially justified.

3. The parties shall enter into a protective order with respect to these reports, and, if necessary, shall submit a proposed form of order to the Court for approval.

**IT IS SO ORDERED.**

Dated: August 10, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE