**United States District Court**
For the Northern District of California

1
2
3
4
5
6        IN THE UNITED STATES DISTRICT COURT
7
8        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   GERALD DUMAGUIT,
10         Plaintiff,                                No. C 06-02042 JSW
11     v.                                            **ORDER CONTINUING HEARING DATE ON MOTIONS FOR SUMMARY JUDGMENT, SETTING BRIEFING SCHEDULE, AND VACATING PRETRIAL AND TRIAL DATES**
12   JOHN E. POTTER,
13         Defendant.
14   _____/

15         On August 1, 2006, following a case management conference, the Court set August 31,
16   2007 as the deadline by which dispositive motions were to be heard. Under the Northern
17   District Civil Local Rules, the deadline to file such motions would have been July 27, 2007.
18   N.D. Civ. L.R. 7-2(a).
19         On July 27, 2007, Defendant filed his motion for summary judgment. On August 10,
20   2007, in accordance with the Local Rules, Plaintiff filed his opposition to Defendant's motion.
21   *See* N.D. Civ. L.R. 7-3(a). On that same date, Plaintiff cross-moved for summary judgment on
22   the issue of a *prima facie* case of discrimination, and also cross-moved for summary judgment
23   on several of the affirmative defenses raised by Defendant in his answer.
24         Northern District Civil Local Rule 56-1 provides that "[m]otions for summary judgment
25   or summary adjudication and opposition to such motions must be noticed as provided in Civil
26   L.R. 7-2 and 7-3. That Rule also provides, however, "[i]f papers are filed or served ... in
27   accordance with the time period allowed in FRCivP 56(c), the Court may *sua sponte* or
28

pursuant to a motion under Civil L.R. 7-7, reschedule the hearing so as to give ... an opposing party the amount of advance notice required under Civil L.R. 7-2."[1]

Because Plaintiff's cross-motion raises issues not addressed by Defendant's motion, pursuant to Local Rule 56-1, the Court *sua sponte* shall continue the August 31, 2007 hearing, so as to address both motions together and to give Defendant an adequate opportunity to respond to Plaintiff's cross-motion.

Accordingly, the hearing on the cross-motions for summary judgment is HEREBY CONTINUED to **October 12, 2007 at 9:00 a.m.**  The Court HEREBY ORDERS that the parties adhere to the following briefing schedule with respect to the pending motions:

1. Defendant's reply in support of its motion remains due on August 17, 2007.
2. Defendant's opposition to Plaintiff's motion shall be due on August 24, 2007.
3. Plaintiff's reply in support of his motion for summary judgment shall be due on August 31, 2007.

The current pretrial and trial dates, and all associated deadlines, are HEREBY VACATED.  The Court shall reset the pretrial and trial dates at the hearing on the cross-motions.

**IT IS SO ORDERED.**

Dated: August 13, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

[1] Federal Rule of Civil Procedure 56(c) permits a motion to be served "at least 10 days before the time fixed for hearing."