MARY DRYOVAGE, (CA SBN 112551)
Law Offices of Mary Dryovage
    600 Harrison Street, Suite 120,
    San Francisco, CA 94107
    Telephone: 415 593-0095
    Fax. 415 593-0096
    Email: mdryovage@igc.org


WENDY MUSELL (CA SBN 203507)
Stewart & Musell
    600 Harrison Street, Suite 120
    San Francisco, CA 94107
    Telephone: 415/593-0083
    Fax: 415/520-0920,
    Email: wmusell@stewartandmusell.com

Attorneys for Plaintiff
GERALD DUMAGUIT


SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (SBN 164613)
Assistant United States Attorney
    450 Golden Gate Avenue,10th Floor
    San Francisco, CA 94102-3495
    Telephone: 415 436-6813
    Fax: 415 436-6748
    Email: andrew.cheng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GERALD DUMAGUIT,<br><br>                   Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL<br><br>                   Defendant. | No. C-06-2042 JSW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE EXTENSION OF TIME FOR PLAINTIFF TO FILE PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

Subject to the approval of the court, Plaintiff and Defendant (hereinafter "the Parties") hereby stipulate as follows:

1. Plaintiff Gerald Dumaguit's father died on August 28, 2007, after sustaining a stroke one week prior. Plaintiff is responsible for burial and funeral arrangements for his father and must attend the funeral. Plaintiff's participation and approval is fundamental to Plaintiff's Reply in Support of Plaintiff's Motion for Summary Judgment that is due before this Court on August 31, 2007. As a result of his father's illness and death, Plaintiff has not been available, and will not be available until Thursday, September 6, 2007, to assist with this briefing.

2. The parties agree that such facts constitute "good cause" for a request for additional days to file Plaintiff's Reply in Support of Plaintiff's Motion for Summary Judgment. Therefore, the Parties stipulate that Plaintiff's Reply in Support of Plaintiff's Motion for Summary Judgment is due to the Court and Defendant on September 6, 2007.

IT IS SO STIPULATED.

                                                  RESPECTFULLY SUBMITTED,

FOR THE DEFENDANT:

                                                  SCOTT N. SCHOOLS
                                                  United States Attorney

Dated:                                         _____/s/_____
                                                  ANDREW Y.S. CHENG
                                                  Assistant United States Attorney

**STIPULATION & [Proposed] ORDER RE: EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY TO MOTION FOR SUMMARY JUDGMENT**

FOR THE PLAINTIFF:

Dated:                                              _____/s/_____
                                                    MARY DRYOVAGE


Dated:                                              _____/s/_____
                                                    WENDY MUSELL

                                                    Attorneys for Plaintiff


      PURSUANT TO STIPULATION AND FOR GOOD CAUSE, IT IS SO ORDERED. Because the stipulation suggests that Plaintiff will be unavailable until September 6, which is the date on which the parties propose to submit the reply brief, the Court shall give Plaintiff until September 13, 2007 to file the reply brief.

DATED: August 30, 2007                              _____
                                                    JEFFREY S. WHITE
                                                    United States District Judge


**STIPULATION & [Proposed] ORDER RE: EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY TO MOTION FOR SUMMARY JUDGMENT**