MARY DRYOVAGE, (CA SBN 112551)
Law Offices of Mary Dryovage
600 Harrison Street, Suite 120,
San Francisco, CA 94107
Telephone: 415 593-0095
Fax. 415 593-0096
Email: mdryovage@igc.org

WENDY E. MUSELL (CA SBN 203507)
Stewart & Musell
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: 415/593-0083
Fax: 415/520-0920,
Email: wmusell@stewartandmusell.com

Attorneys for Plaintiff
GERALD DUMAGUIT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GERALD DUMAGUIT,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL<br><br>　　　　　　　　　Defendant. | No. C-06-2042 JSW<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S FEDERAL RULE OF CIVIL PROCEDURE 56(f) MOTION**<br>Date:　　　August 31, 2007<br>Time:　　　9:00 AM<br>Courtroom:　2, 17th Floor<br>Trial date:　November 5, 2007 |

1  Upon consideration of Plaintiff's motion and declaration filed in support thereof,

2  Plaintiff's R. Civ. Pro. 56(f) motion is HEREBY GRANTED. For purposes of the

3  adjudication of summary judgment in this matter, the Court shall accept the unofficial

4  deposition transcripts for Randall Sims and Maria Robinson. Furthermore, Plaintiff may

5  submit supplemental filings no later than Sept. 25, 2007 , for the purpose of providing the

6  Court with the unofficial and/or official deposition testimony of Dr. Fine.

7

8  IT IS SO ORDERED.

9  Dated: September 19, 2007          By: /s/ Jeffrey S. White

10                                          Hon. Jeffrey S. White

11

12  It is FURTHER ORDERED that Plaintiff shall not submit additional briefing. This Order is
13  issued solely for the purposes of permitting the Plaintiff to submit the requested deposition
    testimony.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE PLAINTIFF'S FED. R. CIV PRO 56(f) MOTION
*Dumaguit v. Potter*, No. C-06-02-42 JSW                                      Page 2