1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GERALD DUMAGUIT,

        Plaintiff,

  v.

JOHN E. POTTER,

        Defendant.

_____/

No. C 06-02042 JSW

**ORDER VACATING CASE MANAGEMENT CONFERENCE AND ADOPTING IN PART PARTIES' PROPOSED CASE MANAGEMENT STATEMENT**

Having considered the parties joint case management statement, the Court HEREBY VACATES the case management conference set for March 14, 2008 at 1:30 p.m. and HEREBY ORDERS as follows:

     1.     With the consent of the parties, this matter is referred to any of the following Magistrate Judges for a settlement conference to be completed by no later than April 30, 2008: Magistrate Judge Chen, Magistrate Judge James, Magistrate Judge Laporte, or Magistrate Judge Spero.

     2.     The pretrial conference is set for a pretrial conference on July 14, 2008 at 2:00 p.m. The parties are advised to refer to this Court's Guidelines for Civil Jury Trials in advance of this conference, which sets for the documents required to be filed with the Court in advance of the pretrial conference as well as associated deadlines.

//

//

//

3.      Trial is set for **August 11, 2008** at 8:30 a.m.  However, the Court shall begin jury selection on **Wednesday, August 6, 2008.**

**IT IS SO ORDERED.**

Dated: March 11, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:     Wings Hom