MARY DRYOVAGE, (CA SBN 112551)
Law Offices of Mary Dryovage
600 Harrison Street, Suite 120,
San Francisco, CA 94107
Telephone: 415 593-0095
Fax. 415 593-0096
Email: mdryovage@igc.org

WENDY MUSELL (CA SBN 203507)
Stewart & Musell
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: 415/593-0083
Fax: 415/520-0920,
Email: wmusell@stewartandmusell.com

Attorneys for Plaintiff

JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (CSBN 164613)
Assistant United States Attorney
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

450 Golden Gate Avenue, P.O. Box 36055
San Francisco, California 94102-3495
Telephone:    (415) 436-6813
Facsimile:    (415) 436-6748
Email:        andrew.cheng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GERALD DUMAGUIT,<br><br>                    Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL<br><br>                    Defendant. | No. C-06-2042 JSW<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the above-captioned action be and hereby is dismissed with prejudice.

RESPECTFULLY SUBMITTED,

For the Defendant:

Dated: July 25, 2008

_____/s/_____
ANDREW Y.S. CHENG
Assistant United States Attorney

For the Plaintiff:

Dated: July 25, 2008

_____/s/_____
MARY DRYOVAGE
Attorney for Plaintiff

Dated: July 25, 2008

_____/s/_____
WENDY MUSELL
Attorney for Plaintiff

## ORDER

The Court, having been informed that the parties have stipulated to the dismissal of this action with prejudice,

**IT IS SO ORDERED.**

Dated: August 5, 2008

_____
JEFFREY S. WHITE
United States District Judge